STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation
SHARON V. LOVEJOY          5083-0
ANDREW J. LAUTENBACH       8805-0
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100

REED SMITH LLP
JOHN S. SIAMAS        (*admitted pro hac vice*)
R. EUNA KIM            9438-0
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700

Attorneys for BANK OF AMERICA, N.A. (successor
by merger to BAC Home Loans Servicing, LP)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI'I

| | |
|---|---|
| HELE KU KB, LLC, a Hawai'i limited liability company,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BANK OF AMERICA, N.A. AS SUCCESSOR IN INTEREST BY WAY OF MERGER TO BAC HOME LOANS SERVICING, LP, a Texas limited partnership; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE TRUSTS 1-10; and DOE ENTITIES 1-10.<br><br>                    Defendants. | CIVIL NO. 11-00183-LEK-KSC<br><br>DEFENDANT'S **MOTION *IN LIMINE* NO. 4** -- TO EXCLUDE EVIDENCE, DOCUMENTS, INFORMATION, TESTIMONY, OBJECTS, AND WITNESSES NOT DISCLOSED DURING DISCOVERY; MEMORANDUM IN SUPPORT OF MOTION**;** CERTIFICATE OF SERVICE<br><br>Trial Date: May 15, 2012<br>Judge: The Hon. Leslie E. Kobayashi |

656359

**DEFENDANT BANK OF AMERICA, N.A.'S MOTION *IN LIMINE* NO. 4 -- TO** PRECLUDE THE INTRODUCTION OF EVIDENCE, DOCUMENTS, INFORMATION, TESTIMONY, OBJECTS AND WITNESSES <u>NOT DISCLOSED DURING DISCOVERY</u>

Defendant BANK OF AMERICA, N.A. ("***Defendant***" or "***BANA***"), by and through its attorneys, respectfully moves this Court *in limine* for an order barring Plaintiff Hele Ku KB, LLC ("***Plaintiff***" or "***Hele***") from introducing evidence, documents, information, testimony, and witnesses not disclosed prior to the discovery cut-off date.

Defendant and Plaintiff have made initial disclosures pursuant to Federal Rules of Civil Procedure 26 and have also engaged each other in written discovery and oral depositions. The introduction of evidence (including witness, experts and documents) not previously disclosed by Plaintiff during the discovery time period would be prejudicial to BANA and cause undue delay of the trial. Therefore, BANA requests that the Court exclude any evidence not produced by Plaintiff before the close of discovery.

This motion is based on Rules 7, 26 and 37 of the Federal Rules of Civil Procedure, and Rules 401, 402, and 403 of the Federal Rules of Evidence, and is based upon the attached Memorandum in Support of Motion and the records and files herein, as well as such other oral and/or written argument as may be offered at the hearing thereof.

DATED:  Honolulu, Hawai'i, April 24, 2012.

/s/ *Andrew J. Lautenbach*
SHARON V. LOVEJOY
ANDREW J. LAUTENBACH

Attorneys for Defendant
BANK OF AMERICA, N.A.
(successor by merger to BAC Home Loans
Servicing, LP)