# MINUTES

CASE NUMBER:  CV NO. 11-00183LEK-KSC

CASE NAME:   Hele Ku KB, LLC, etc. Vs. Bank of America, N.A.


ATTYS FOR PLA:  Steven K. S. Chung

ATTYS FOR DEFT:  R. Euna Kim-Law Firm of Reed Smith LLP
         Andrew James Lautenbach


INTERPRETER:

---

  JUDGE:  Leslie E. Kobayashi   REPORTER:  Katherine Eismann

  DATE:  08/07/2012      TIME:    10:03am-l0:52am

---

COURT ACTION:   EP: Motions' in Limine and Final PreTrial Conference
          (10:03am-l0:34am)
Oral Discussion Held.

Defendant's Motion in Limine No. 1 to Bifurcate Punitive Damages Claim and to Exclude all Evidence, Argument and Testimony of Defendant's Size or Financial Condition (Doc. 180)-is hereby Granted.

Defendant's Motion in Limine No. 2 to Preclude Plaintiff from introducing evidence of lost opportunities and speculative damages (Doc. 181)-Granted in Part and Denied in Part.

Defendant's Motion in Limine No. 3 to Exclude evidence of recent mortgage crisis  (Doc. 182)-Granted in Part and Denied in Part.

Defendant's Motion in Limine No. 4 to Exclude evidence, documents, information, testimony, objects, and Witness not disclosed during discovery (Doc. 183)-is hereby Granted.

Defendant's Motion in Limine No. 5 to Exclude evidence regarding other lawsuits filed against or involving Bank of America, N.A. and/or its related entities (Doc. 184)-Granted in Part and Denied in Part.

Defendant's Motion in Limine No. 6 to Exclude evidence regarding damages greater than

return of deposit plus interest (Doc. 210)-is hereby Denied.

Defendant's Motion in Limine No. 7 to exclude reference to causes of action and claims relief disposed of in the Order on Defendant's Motion for Summary Judgment (Doc. 211)-Granted in Part and Denied in Part.

Court to issue a written order as to the rulings on the Motions' in Limine.

Final PreTrial Conference-(10:35am-l0:52am)

Oral Discussion Held.

8 Jurors will be seated as the Jury for the case.

Live Witnesses to be called-

Plaintiff-4 to 5

Defendant-4 to 5

Exhibits-

Joint Exhibits-Numbered 1 through 133.

Counsel were given handouts as to Trial Procedures before District Judge Leslie E. Kobayashi, Request for Juror Information Cards and Amended Order regarding Electronic Devices in Judge Kobayashi's Courtroom.

Defendant's Counsel R. Euna Kim is to file a Notice of Appearance.


Submitted by Leslie L. Sai, Courtroom Manager